ORIGINAL

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

FILED 12 JUN '17 10:43 USDC-ORP

EVAN PAUL LUX _____

_____

Civil Case No. 6:17cv00924-JR _____

**PRISONER CIVIL RIGHTS**
**COMPLAINT**

            **Plaintiff(s),**

    **v.**

CITY OF KEIZER OREGON; KEIZER OREGON

POLICE DEPARTMENT; DETECTIVE CHRISTOPHER NELSON;

JOHN TRONCOSO; ARSEN AVETISYAN ; BRANDY LYNN ROEDER

            **Defendant(s).**

                        **I.**

A.    Have you brought any other action or appeal in a court of the United States while a prisoner?

        Yes _____    No _X_

                        **II.**

A.    Place of confinement: Snake River Correctional Institute (SRCI)

B.    Is there a prisoner grievance procedure in this institution?

        Yes _____    No _X_

C.    Have you filed a grievance concerning the facts relating to this complaint?

        If your answer is no, explain why not:

        Complaint is not again Department of Corrections (SRCI) _____

        _____

D.    Is the grievance process completed?

        Yes _____    No ____

1    **III.    PARTIES**

2    *(In Item A below, place your name in the first blank and place your present address in the*

3    *second blank. Do the same for additional plaintiffs, if any.)*

4    A.    Name of plaintiff: Evan Paul Lux

5    Security Identification No.: 16081773

6    Address:    777 Stanton Blvd.

7    Ontario, OR 97914

8    *(In item B, place the full name of each defendant, his/her official position, and his/her place of*

9    *employment.)*

10    B.    **Defendant** CHRISTOPHER NELSON    is employed as Police Detective at Keizer

11    Oregon Police Department.

12    **Defendant:** JOHN TRONCOSO    is employed as Police Lieutenant at Keizer

13    Oregon Police Department.

14    **Defendant** ARSEN AVETISYAN    is employed as Police Lieutenant at Keizer

15    Oregon Police Department.

16    **Defendant** BRANDY LYNN ROEDER    is employed as Co-Owner at Glamour Sash

17    LLC.

18    **Defendant** KEIZER POLICE DEPARTMENT is employed as POLICE DEPARTMENT

19    in THE CITY OF KEIZER, OREGON 97301

20    Oregon Police Department.

21    **Defendant** CITY OF KEIZER, OREGON

22

23

24

25

26

27

28

29

30

31

1983 CIVIL RIGHTS COMPLAINT    Page 2 of 4

1                  **IV.     STATEMENT OF CLAIM**

2                        **Claim I**

3      *State what right under the constitution, laws, or treaties of the United States has been violated.*

4      Fourth Amendment of the U.S. Constitution (unlawful search and seizure); 18 U.S.C.S. §2511;

5      (Unlawful interception of electronic communications under) ORS 133.724(1) and ORS 165.540(1)(d);

6      Article 1, Sec. 9 of the Oregon Constitution (unlawful search and seizure). 14th Amendment right to

7      Due Process; Plaintiff's right to be free from unlawful search and seizure was violated by the listed

8      defendants.

9

10      **Supporting Facts:**

11      June 18, 2015, Brandy Roeder participated with Detective Chris Nelson and Lt. John Troncoso of the

12      Keizer Police Department (KPD) in the illegal interception of communications between Plaintiff and

13      Ms. Roeder in at least three separate events authorized by KPD and recorded in various police

14      supplements. The defendant(s) did not have an order/warrant to intercept as required by ORS

15      133.724(1) and 165.540(1)(d). The plaintiff was not notified of the interception by the defendant(s).

16           These illegal recordings were used in an indict plaintiff on multiple felonies in which the court

17      issued a bail of $700,000. Plaintiff could not afford the exorbitant bail and was forced to remain

18      incarcerated for over 7 months in county jail in which he suffered the following losses: (1) Loss of

19      personal business ownership valued at $1.5 million. (2) loss of income which has reached over

20      $250,000. (3) Repossession of four financed vehicles. (4) Loss of equity in rental home $36,000. (5)

21      Loss of future wages from business and equal share of sale of business ownership.

22           Detective Christopher Nelson initiated the illegal interception with Lt. John Troncoso's

23      approval. Both are employees of the KPD, a department of the City of Keizer.

24

25                        **Claim II**

26      *State what right under the constitution, laws, or treaties of the United States has been violated.*

27      Fourth Amendment of the U.S. Constitution (unlawful search and seizure) and 14h Amendment of the

28      U.S. Constitution right to Due Process.

29

30 **Supporting Facts:**

31      Defendant(s), *(Nelson,Troncoso, Avetisyan, KPD, City of Keizer)* deprived plaintiff of his liberty and

1983 CIVIL RIGHTS COMPLAINT                              

1  property without due process by using the illegally obtained electronic communications to support their

2  application for search and seizure warrants and to establish probable cause to arrest plaintiff and seek

3  indictment. The police, without being issued a warrant for arrest or establishing exigent circumstances,

4  arrested plaintiff in his home by gunpoint. The defendant(s) *supra* additionally violated the court issued

5  search and seizure warrants for plaintiff's home by serving the warrant on a non-listed alternate address

6  in order to obtain plaintiff's cell phone. The defendant(s) violated a search and seizure warrant issued

7  for the data of the cell phone by obtaining and analyzing the data 5 months after the warrant expired, in

8  which they brought further charges and a conviction against plaintiff.

9

10                                      V.      **RELIEF**

11          *Relief plaintiff is seeking:*

12  Written apology by all defendants. Dismissal of *Nelson* and *Troncoso* from the Keizer P.D. For

13  misconduct. Punitive damages of Three million dollars and actual damages of 3 million.

14

15          Signed this ___6___ day of ___June___ , 2017

16

17                                              _Evan T. _____

18                                              Signature of Plaintiff's

19

20

21

22

23

24

25

26

27

28

29

30

31

1983 CIVIL RIGHTS COMPLAINT                                          Page 4 of 4