ORIGINAL

Print Name: Evan Paul Lux
Sid # 16081773
Snake River Correctional Institution
777 Stanton Blvd
Ontario, Or. 97914

FILED 13 JUL '17 11:02 USDC-ORP

# UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF OREGON

| | |
|---|---|
| EVAN PAUL LUX ) | |
| ) | Case No. 6:17-CV-00924-JR |
| Plaintiff, ) | |
| ) | |
| v. ) | MOTION TO HOLD IN |
| ) | ABEYANCE |
| CITY OF KEIZER, ET AL ) | |
| ) | |
| Defendants. ) | |

COMES NOW Evan Paul Lux and respectfully moves this court for an order to hold the following case #6:17-cv-00924-jr in abeyance until the defendant has exhausted all state and federal remedies case # 16cv24023 Lux v. Nooth, At the finalization of the Post Conviction Relief, so the Plaintiff does not exceed the statute of limitations on the claims presented.

Dated this 5th day of July 2017.

Respectfully Submitted,

_____
(Signature)
Print Name: Evan Paul Lux
Sid # 16081773
Snake River Correctional Institution
777 Stanton Blvd.
Ontario, Or 97914

PAGE 1 OF 1   MOTION TO HOLD IN ABEYANCE

# CERTIFICATE OF SERVICE

CASE NAME: Evan Paul Lux    v. City of Keizer, et al

CASE NUMBER: (if known) 6:17-CV-00924-JR

COMES NOW, Evan Paul Lux, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at Snake River

That on the 7 day of July, 20 17, I personally placed in the Correctional Institution's mailing service A TRUE COPY of the following:

Motion to Hold in Abeyance

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

United States District Court
Office of the Clerk
740 United States Court House
1000 S.W. Third Avenue
Portland, OR 97204-2902

(Signature)

Print Name Evan P. Lux
S.I.D. No.: 16081773
777 Stanton Blvd
Ontario, OR 97914